P. J., Jaycox, Manning and Young, JJ.; concur; Lazansky, J., dissents upon the ground that it was error for the court to refuse to charge defendants' requests 4, 5 and 8.

WILLIAM T. VAHEY, Respondent, v. WILLIAM D. STEWART and WILLIAM D. STEWART, JR., Appellants. ELLIS B. McLAWRY and JOHN McLAWRY, Defendants.— Order granting plaintiff a preference and setting case for trial on reserved day calendar affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

GERTRUDE E. VAIL, as Executrix, etc., of MARY E. AUWELL, Deceased, Respondent, v. CECILE J. WIDNER, Appellant, and Another, Defendant.— Judgment and orders reversed upon the law and the facts, and a new trial granted, costs to abide the event. We are of opinion that, upon the face of plaintiff's Exhibit 7, title to the fund in question was apparently in defendant, appellant, and that this was not overcome by the evidence adduced. We are also of opinion that, under authority of *Kings County Trust Co. v. Hyams* (242 N. Y. 405), it was error not to permit defendant to testify to the conversation had with her mother, the decedent, when she was requested by the latter to sign said exhibit. Jaycox, Manning, Kapper and Lazansky, JJ., concur; Kelly, P. J., dissents and votes to affirm.

FRED WAILLANT, JR., Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY, Respondent. KNICKERBOCKER ICE COMPANY, Appellant.— Order denying motion of defendant Knickerbocker Ice Company to vacate *ex parte* order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

FRED WAILLANT, JR., Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY and KNICKERBOCKER ICE COMPANY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

CLARA WESTMAN, Appellant, v. CHARLES A. STONEHAM and ROSS F. ROBERTSON, as Partners, etc., and Individually, Defendants. ERNEST H. CLARKE, Trading under the Name of E. H. CLARKE & Co., and Individually, Respondent, etc.— Order denying plaintiff's motion to compel defendant Clarke to write the sentences dictated, affirmed, with ten dollars costs and disbursements. While we affirm the order appealed from, yet, in view of the importance of the question involved, and the apparent conflict of authority, we will allow an appeal to the Court of Appeals, if appellant is so advised. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

WESTWOOD TRUST COMPANY, etc., Respondent, v. MILTON GLADSTONE, Appellant, and Others, Defendants.— Order granting summary judgment reversed on the law and judgment vacated, with ten dollars costs and disbursements, and motion for summary judgment denied, with ten dollars costs. The affidavits in opposition to the motion show that there were issues to be tried in this action. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

ABRAHAM WILDER, Respondent, v. SIMON SWERLING and PAUL WILDER, Appellants.— Order setting aside verdict and granting new trial unanimously affirmed, with costs to respondent to abide the event. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ROSE WILDER, Respondent, v. SIMON SWERLING and PAUL WILDER, Appel-